*[Handwritten annotations in margins:]*

*Top left:* Dear Judge Weinstein, I quote you P26. You are kind of like "my Churchill" but I do feel scared by it all, even you. So upset smaller scale.

*Top right:* The NYPD IA Zachary Carter Corp Counsel Larry Byrne NYPD IA counsel NO Integrity such dishonest unethical people.

*Left margin:* Judge Allison Nathan hide in chambers refusing to meet my defense, go over evidence. My Dad WW2 Vet & Scholar died knowing I was treated like a Jew early stages Germany. Please help us. Thank you. Suzannah Beth Cohen Gottlieb Troy

*Right margin:* I AM scared of you don't write me back unless I can come w/ evidence show you NYPD IA crimes. Thank you. no legal education hole punched in my retina by Dr. Fagelman violent lying attack employee like "knock out the Jew" a running punch to my head. police

*Below address:* To Judge Jack Weinstein c/o 225 Cadman Plaza East Brooklyn, NY 11201  718 613 2520  Please include my case 5½ yr City Corp counsel LYING taking advantage of my 0 education "law"

*Bottom:* Similar to Prospect Park Rape case no NYPD NYPD IA lying reports especially John Miller punished.

---

TO BE ARGUED BY:
SUZANNAH B. TROY

# Supreme Court of the State of New York
# Appellate Division : First Department

SUZANNAH B. TROY,

                *Plaintiff-Appellant,*

-against-

*(Please hold chronic NYPD IA LYING accountable)*

THE CITY OF NEW YORK, New York City Police Department ("NYPD") Commissioner RAYMOND KELLY, NYPD Internal Affairs Bureau ("IAB") Chief CHARLES CAMPISI, NYPD Deputy Inspector ED WINSKI, NYPD Lieutenant ANGELO BURGOS, NYPD Sergeant CHEN, NYPD Detective JOHN VERGONA, NYPD Detective ANDY DWYER, NYPD IAB Integrity Unit Lt. AGNES, IAB Sergeant MARY O'DONNELL, each in their official and individual capacities (badge numbers requested including asking supervisors but withheld),

                *Defendants-Respondents.*

## REPLY BRIEF OF PLAINTIFF-APPELLANT

SUZANNAH B. TROY
*Plaintiff-Appellant Pro Se*
26 Broadway, No. 703
Brooklyn, New York 11249
(917) 502-7958
suzannahbtroy@icloud.com

Supreme Court, New York County, Index No. 101885/2015

DICK BAILEY SERVICE, Inc. · 1-800-531-2028 · dickbailey.com
[REPRODUCED ON RECYCLED PAPER]

Stostical databases

NYPD IA DA crimes

how City of NY

PROTECTED these
crimes
chronically

———

my case if I am
correct and Joe
Tacopina has not
denied he was "Bobdobalina"
and Chad Seigel "Charles Ward"
fake accounts threatened
me online
cunt threat to turn the
tables on me by "Bob"
both threats I forwarded
to Det Vergona who acted on it
2. I am correct Tacopina must be disbarred & arrested.



earthsmart
FedEx carbon-neutral envelope shipping

Align top of FedEx Express® shipping label

ORIGIN ID:GAMA (718) 782-0151
AUTHORIZED SHIPPER
OFFICE 11211
223 BEDFORD AVE

BROOKLYN, NY 11211
UNITED STATES US

SHIP DATE: 21FEB18
ACTWGT: 0.56 LB
CAD: 112064119/WSXI3300

BILL SENDER

TO  JUDGE JACK WEINSTEIN COURT
US DISTRICT COURT FOR EASTERN DISTR
225 CADMAN PLZ E OFC
PLEASE FORWARD TO JUDGE'S
BROOKLYN NY 11201

(718) 613-2520    REF: SUZANNAH TROY
INV: PKG ID: E67864    DEPT:

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 22 2018 ★
BROOKLYN OFFICE

USMS



FedEx Express

E

TRK# 7898 3269 4181    THU – 22 FEB 10:30A
0201                   PRIORITY OVERNIGHT

E2 EGXA                11201
                       NY-US EWR